BEFORE THE SECOND DIVISION, APRIL 8, 1942

**No. 47048.**—Protests 9470–K, etc., of Jas. McCutcheon & Co. (New York).

485

Opinion by TILSON, J.   In accordance with stipulation of counsel and following Abstract 44055 the claim at 60 percent under paragraph 1209 was sustained.